UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST | § | |
| | § | CIVIL ACTION NO. 4:23-CV-01328 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| ASHFORD SHOPPING CENTER, L.P. | § | |
| | § | |
| Defendant | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST Plaintiff and ASHFORD SHOPPING CENTER, L.P. Defendant have reached a resolution of Plaintiff's claims, and request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: August 28, 2023      FOR RANDY WILLIAM BRAST, Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: August 28, 2023   FOR ASHFORD SHOPPING CENTER, L.P.
Defendant
BY:   */S/   Ping-Ying Sung*
Ms. Ping-Ying Sung
LAW OFFICES OF SUNG & ASSOCIATES. PC
6918 Corporate Drive, Suite A-7
Houston, Texas 77036
(713) 988-5995 – Office
(713) 988-7787 - Fax