United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RANDY WILLIAM BRAST,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-01328 |
| § | |
| **ASHFORD SHOPPING CENTER, L.P.,** § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Plaintiff has informed the Court that they wish to dismiss this case with prejudice. The case is therefore **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 15th day of September, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE